816

*Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a) Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) Judicial Code as amended (43 Stat. 936, 938), the petition is denied. *Mr. Henry Fritzinger, pro se. Messrs. Oscar E. Carlstrom* and *Russell O. Hanson* for appellees.

No. 591. FRITZINGER *v.* ILLINOIS ET AL. Jurisdictional statement submitted February 2, 1931. Decided February 25, 1931. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a) Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) Judicial Code, as amended (43 Stat. 936, 938), the petition is denied. *Mr. Henry Fritzinger, pro se. Messrs. Oscar E. Carlstrom* and *Russell O. Hanson* for appellees.

No. 125. CARR, DIRECTOR, *v.* ZAJA. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Thacher, Assistant Attorney General Luhring* and *Messrs. Claude R. Branch* and *Frank M. Parrish* for petitioner. *Messrs. J. Edward Keating* and *Erwin I. Feldman* for respondent.